ANN T. WALLACE, Appellant, *v.* JACOB VREELAND et al., Executors, etc., Respondents.

(Argued March 29, 1878 ; decided April 9, 1878.)

*J. M. Cooper* for appellant.

*A. Schoonmaker, Jr.,* for respondents.

AGREE to affirm.   No opinion.

All concur, except RAPALLO, J., absent.

Judgment affirmed.

---

JOHN A. CLUSSMAN, Respondent, *v.* THE LONG ISLAND RAILWAY COMPANY, Appellant.

(Argued March 29, 1878 ; decided April 9, 1878.)

REPORTED below, 9 Hun, 618.

*Robt. S. Green* for appellant.

*Theodore E. Tomlinson* for respondent.

Agree to affirm.   No opinion.

All concur, except RAPALLO, J., absent.

Judgment affirmed.